# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Garrick Parkin    1608047
   (Name of Plaintiff)    (Inmate Number)

175 Pike County Blvd Sords valley P.A. 18428
   (Address)

(2) _____
   (Name of Plaintiff)    (Inmate Number)

   _____
   (Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Craig A Lowe

(2) Jonathan J Romance

(3) Robert E. McLaughlin
   (Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

_____
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
MAR 01 2018
PER _____

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
                   ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

1

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? all whats required speak to counselor grieveance also lieutenant

2. What was the result? Denied like all other grieveances

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS**

(1) Name of first defendant: Craig A Lowe
Employed as warden at Pike County Correction Prison
Mailing address: 175 Pike County Blvd Lords Valley, PA 18428

(2) Name of second defendant: Jonathon J. Romance
Employed as Assistant warden at Pike County Correction Prison
Mailing address: 175 Pike County Blvd Lords Valley PA 18428

(3) Name of third defendant: Robert E. McLaughlin
Employed as Assistant warden at Pike County Correction Prison
Mailing address: 175 Pike County Blvd Lords Valley PA 18428

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. CRAIG A Lowe is the warden of Pike County Correction Prison.

2

2. Jonathan F Romance is Assistant warden Also Robert E. McLaughlin. and im being detained here. they are responsible for the operation. the staff our security, well

3. being, our lives and as once under their care their are fully resposinible for the prison and what takes place and treat us as human being as we are

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. force them to take better care of us. Stop punishing us severly especially (ICE) detainees who are not criminals we need bodily Privacy

2. Protect us segregrate us from dangerous and hard criminals, state and county inmates.

3. Pay punitive damages to us who are affected.

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _25_ day of _~~25~~ Feburary_, 20_18_.

_G Panki_
(Signature of Plaintiff)

Garrick Rankin
145 Pike County Blvd
Lords Valley P.A. 18428

RECEIVED
SCRANTON
MAR 01 2018
PER_____
DEPUTY CLERK

OFFICE OF THE CLERK
United States District Court
Middle District of Pennsylvania
235 North Washington Ave
Po Box 1148
Scranton P.A 18501