# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GARRICK PARKIN,                    :

    Plaintiff                   :

    v.                          :      CIVIL ACTION NO. 3:18-0497

CRAIG LOWE, et al.,                :      (JUDGE MANNION)

    Defendants                  :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) is **GRANTED** only for the purpose of filing the complaint.

2. The claims against Defendants, Warden Craig Lowe and Assistant Wardens Romance and McLaughlin, are **DISMISSED** without prejudice under 28 U.S.C. §1915(e)(2)(B)(ii), for failure to state a claim.

3. The Clerk of Court is directed to supply Plaintiff with a copy of this Court's form order for filing an action pursuant to 42 U.S.C. §1983.

4. The Plaintiff shall file, on or before, July 20, 2018, an amended complaint.

5. The amended complaint shall be complete, in and of itself, without reference to any prior filings.

6. The Plaintiff's amended complaint shall include any and all Defendants whom the Plaintiff wishes to name in this action.

7.  The Plaintiff's amended complaint must specifically state which constitutional right he alleges the Defendant(s) have violated.

8.  In accordance with Fed.R.Civ.P. 8(a), the Plaintiff's amended complaint shall set forth a short and plain statement of the grounds upon which the court's jurisdiction depends.

9.  In accordance with Fed.R.Civ.P. 10(b), the Plaintiff's amended complaint shall be divided into separate numbered paragraphs, the contents of each of which shall be limited, as far as practicable, to a statement of a single set of circumstances.

10. In accordance with Fed.R.Civ.P. 8(d), each averment of the Plaintiff's complaint shall be simple, concise and direct.

11. The Plaintiff's amended compliant shall contain a short and plain statement of the claim for relief and a demand for a specific judgment.

12. Should the Plaintiff fail to file an amended complaint within the required time period, or fail to follow the above mentioned procedures, this action will be dismissed with prejudice and without further notice.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 29, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0497-01-Order.wpd